IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 08 2023
TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 4:23-cr- 00286 BSM |
| v. ) | |
| ) | 18 U.S.C. § 2252(a)(2) |
| CHRISTOPHER VAMMEN ) | 18 U.S.C. § 2252(a)(4)(B) |

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

On or about April 6, 2022, in the Eastern District of Arkansas, the defendant,

CHRISTOPHER VAMMEN,

knowingly distributed any visual depiction, using any means or facility of interstate or foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(2).

COUNT TWO

On or about April 9, 2022, in the Eastern District of Arkansas, the defendant,

CHRISTOPHER VAMMEN,

knowingly distributed any visual depiction, using any means or facility of interstate or foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(2).

COUNT THREE

On or about April 9, 2022, in the Eastern District of Arkansas, the defendant,

CHRISTOPHER VAMMEN,

knowingly distributed any visual depiction, using any means or facility of interstate or foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT FOUR

On or about August 19, 2022, in the Eastern District of Arkansas, the defendant,

CHRISTOPHER VAMMEN,

did knowingly possess or access with intent to view one or more matters which contained an image of a minor engaged in sexually explicit conduct that had been mailed, shipped, and transported in interstate and foreign commerce, and which were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct.

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

## COUNT FIVE

On or about January 26, 2023, in the Eastern District of Arkansas, the defendant,

CHRISTOPHER VAMMEN,

did knowingly possess or access with intent to view one or more matters which contained an image of a minor engaged in sexually explicit conduct that had been mailed, shipped, and transported in interstate and foreign commerce, and which were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually

explicit conduct.

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

### FORFEITURE ALLEGATION 1

Upon conviction of Count 1, 2, 3, 4 or 5 of this Indictment, the defendant, CHRISTOPHER VAMMEN, shall forfeit to the United States, under Title 18, United States Code, Section 2253(A)(3), all property, real or personal, used or intended to be used to commit or to promote the commission of the offense and all property traceable to the property used or intended to be used to commit the offense.

☐　NO TRUE BILL.　　　　　　　☒　TRUE BILL.

**REDACTED SIGNATURE**

GRAND JURY FOREPERSON

JONATHAN D. ROSS
UNITED STATES ATTORNEY

*/s/ Katie Hinojosa*
KATIE HINOJOSA
Assistant U. S. Attorney
Arkansas Bar No. 2014159
P.O. Box 1229
Little Rock, AR 72203
(501) 340-2600
Katie.hinojosa@usdoj.gov

U.S. v. Vammen Page **3** of **3**