## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                                 **Plaintiff**

**v.**                             **Case No.: 4:23–cr–00286–BSM**

**Christopher Vammen**                                                                       **Defendant**

---

## NOTICE OF HEARING

    PLEASE take notice that a Arraignment has been set in this case for November 16, 2023, at 10:00 AM before Magistrate Judge Jerome T. Kearney in Little Rock Courtroom # 4C in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** November 13, 2023                              AT THE DIRECTION OF THE COURT
                                                                         TAMMY H. DOWNS, CLERK

                                                                         **By:**  <u>LaShawn M Coleman, Deputy Clerk</u>

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas