(Rev. 7/6/2021)

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**OFFICE OF THE CLERK**
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 WEST CAPITOL AVENUE, SUITE A-149
LITTLE ROCK, ARKANSAS 72201

**Tammy H. Downs**  (501) 604-5351
    **CLERK**

November 20, 2023

Christopher Baker
1001 La Harpe Boulevard
Little Rock, Arkansas 72201

    Re:    Deficient Filing #11, Motion to Continue
             Case No. 4:23-cr-00286-BSM, USA v. Vammen

Dear Mr. Baker:

The Clerk's office reviewed the above-referenced document, which was filed electronically, and found it to be deficient as follows:

    ____    Lacks an attorney's name, address, telephone number, Bar number or email address (General Order 53).

    ____    Lacks a signature block by an attorney of record (Local Rule 5.5(c)(1)).

    ____    Lacks a correct case number (Local Rule 5.5(a)).

    ✓    Motion for continuance/extension of time does not contain a statement that the movant contacted the adverse party with regard to the motion (Local Rule 6.2(b)).

    ____    Motion not accompanied by a supporting brief (Local Rule 7.2(a)).

Please email a corrected document in pdf format to the Clerk's office at clerksoffice@ared.uscourts.gov. **Do not refile the document.** The original document will remain on the docket, and the response time will run from the date of the original filing.

                      Sincerely,

                      Tammy H. Downs, CLERK

                      By J. Kornegay_____
                          Deputy Clerk