IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| *Plaintiff(s)* | ) | Case: | 4:23-CR-286 |
| v. | ) | | |
| | ) | Judge: | Brian S. Miller |
| Christopher Vammen | ) | | |
| *Defendant(s)* | ) | | |

**DEFENDANT'S MOTION TO CONTINUE JURY TRIAL**

COMES NOW, Christopher Vammen, by and through their attorney, Christopher Baker of the James Law Firm, for their Motion to Continue Jury Trial states as follows:

1. This case is currently scheduled for jury trial on December 18, 2023, at 10:00 AM.

2. Defense Counsel has verified with the Government that this motion is unopposed.

3. The time period for this delay should be excluded under 18 U.S.C. 3161(h)(7)(a). This subsection applies because an order granted here would be at the request of the Defendant. *Id.* The Defendant waives his right to a speedy trial for the duration of this continuance the additional time caused by this motion is excludable under the Speedy Trial Act.

4. To properly deconflict future scheduling, Defense Counsel would request an extension of approximately 42 days to deconflict with trials, hearings, and appearances already scheduled.

5. Defense Counsel is also aware of the importance of this Court's time and calendaring and is making his best effort to "not obstruct orderly judicial procedure or deprive courts of their inherent power to control the administration of justice." *United States v. Vallery*, 108 F.3d 155, 157 (8th Cir. 1997). To aid the Court in its current decision, Defense Counsel is providing supplemental information to appropriately address the necessary factors in determining a continuance. *See United*

*States v. Cordy*, 560 F.3d 808 (8th Cir. 2009)(outlining the five relevant factors in a continuance as the nature of the case, diligence of parties, conduct of the parties, effect and disadvantage of granting the continuance, and the asserted need for the continuance.); *see also* 18 U.S.C. 3161(h)(B)(i) – (iv).

6. The nature of this case stems from the alleged distribution, possession, or viewing of illicit pornographic material. The case began and an indictment was filed on November 8, 2023. This case has not previously been continued by either party. This case is not extremely complex and does not have a significant number of defendants, but Defense remains in belief that these factors do tip the scales in favor of this request.

7. The Government has, thus far, fully cooperated in this matter and this request for continuance is not based on their contributions or actions to this case.

8. The effect of this continuance is multi-part. The initial effect is that the overarching public interest in the prompt disposition of criminal cases is slightly extended. Next, the Court itself is then affected whenever a previously scheduled item is adjusted or moved and availability on the docket is reduced. Competing alongside these important interests, is the Defendant's right to counsel, and that counsel's ability to provide effective assistance.

9. With the prior interests in mind, Defense Counsel believes that the overall interest for all parties is most appropriately served and balanced by resetting this matter to be heard on a further date. A Pretrial Discovery Order was filed by the Court on November 16, 2023, and Defense Counsel requested discovery from the Government on November 17, 2023. As this leaves Defense little time to properly review all discovery and prepare all necessary pretrial motions, Defense requests that this matter be continued to a later date.

10. Moreover, the request for continuance in this matter is not due to the fault of the Defendant. Here, the Defendant has not made attempts to purposeful induce delay by changing

counsel or otherwise attempting to manipulate this Court's calendar. *c.f. United States v. Leavitt*, 608 F.2d. 1290, 1979 (9th Cir. 1979).

11. Finally, the asserted need for the continuance is to allow for effective representation of Defense Counsel's clients. Defense Counsel has brought this motion in good faith and with utmost respect to the Court's docket and continues to firmly believe that the ends of justice are most honorably respected and served if a continuance is issued in this case.

WHEREFORE, Defendant prays that this matter be continued and for all other proper relief.

Dated: November 21, 2023               Respectfully submitted,

                                       /s/ Christopher Baker

                                       Christopher Baker, Esq.
                                       Arkansas Bar No. 2022124
                                       *Attorney for Christopher Vammen*
                                       cbaker@jamesfirm.com
                                       James Law Firm
                                       1001 La Harpe Blvd.
                                       Little Rock, AR 72201
                                       Telephone: 501-375-0900
                                       Fax: 501-375-1356